Benjamin Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. Rancho Dr. Ste B14
Las Vegas, NV 89106
(702) 631-6111
bdurham@vegasdefense.com

Attorney for DIANA CRUZ GONZALEZ

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIANA CRUZ GONZALEZ,<br><br>　　　　　Defendant. | Case No. 2:22-CR-00245-APG-NJK<br><br>**STIPULATION TO CONTINUE FILING OF STATUS REPORT**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between BENJAMIN DURHAM, counsel for DIANA CRUZ GONZALEZ, and JASON FRIERSON, United States Attorney, and IMANI DIXON, Assistant United States Attorney, counsel for the United States of America, that the STATUS REPORT currently due to be filed on January 22, 2024, be continued for one week.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　The defense has provided proof of counseling to the Government; however, the defense is waiting on proof of fine payment from the defendant.

　　　　2.　　All parties agree to the continuance.

　　　　3.　　This is the first request for a continuance.

　　　　/ / /

DATED this 22 day of January 2024.

*/s/ Benjamin Durham*  /s/ Imani Dixon
By:_____  By:_____
BENJAMIN DURHAM  IMANI DIXON
Counsel for DIANA CRUZ GONZALEZ  Counsel for United States

/ / /

/ / /

/ / /

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIANA CRUZ GONZALEZ,<br><br>　　　　　Defendant. | Case No. 2:22-CR-00245<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the parties herein shall have to and including __February 5, 2024__ to file the Status Report in this case.

DATED: January 23, 2024

_____
UNITES STATES DISTRICT JUDGE

3